AO 106 (Rev. 04/10) Application for a Search Warrant        AUTHORIZED AND APPROVED/DATE: s/DAVID McCRARY 3-21-2024

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. M-24-245-STE
Premises known as 2709 Ethan Lane, Moore, Oklahoma, )
73160, surrounding curtilage, and any vehicles, garages, and )
outbuildings thereon )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 952 | Importation of Controlled Substances |
| 18 U.S.C. § 545 | Smuggling Goods into the United States |
| 21 U.S.C. §§ 841(a)(1)/846 | Possession with Intent to Distribute/Drug Conspiracy |

The application is based on these facts:
See attached Affidavit of HSI Special Agent Rachel Cathie.

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days:(_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

RACHEL CATHIE, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Mar 22, 2024

City and state: Lawton, OK

*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Rachel L. Cathie, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since September 2019. As such, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am presently assigned to the HSI office in Oklahoma City, Oklahoma (hereinafter referred to as HSI Oklahoma City).

2. Since joining HSI, I have been involved in a wide variety of investigative matters. Among other things, I am responsible for conducting investigations into violations of federal criminal laws, including the unlawful possession and distribution of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846. I have received approximately 24 weeks of specialized training at the Federal Law Enforcement Training Center in the enforcement of federal laws. I have arrested, interviewed, and debriefed numerous individuals who have been involved and have personal knowledge of importing, transporting, and concealing controlled substances, as well as, the amassing,

spending, converting, transporting, distributing, laundering, and concealing of proceeds from drug trafficking. I have testified in judicial proceedings concerning the prosecution for violations of laws related to the trafficking of contraband, including controlled substances. I have spoken with sources and subjects, as well as other local and federal law-enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of evidence in this matter.

## PURPOSE OF AFFIDAVIT

4. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 2709 Ethan Lane, Moore, Oklahoma 73160 (hereinafter, the **SUBJECT PREMISES**), further described in **Attachment A**, including the residential dwelling, curtilages, and any vehicles or persons located on said property, for the items specified in **Attachment B** hereto, which constitute instrumentalities, fruits, and evidence of violations of 21 U.S.C § 952 (importation of controlled substances); 18 U.S.C § 545 (smuggling goods into

the United States); 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances); and 21 U.S.C. § 846 (conspiracy to possess with intent to distribute controlled substances).

5. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that violations of 21 U.S.C. § 952, 18 U.S.C. § 545, 21 U.S.C. § 841(a)(1), and 21 U.S.C § 846 have been committed and will be committed by **Juan MARTINEZ** (**MARTINEZ**) and other known and unknown co-conspirators. Further, there is also probable cause to believe that the information and items described in **Attachment B** will constitute evidence of these criminal violations and will aid in the identification of other individuals engaged in the commission of these offenses.

## **PROBABLE CAUSE**

6. On January 11, 2024, a United States Customs and Border Protection (CBP) officer in Oklahoma City, Oklahoma, conducted an examination of a shipment that arrived from Poland, manifested as "DECRATIVE HANDMADE CANDLELIGHT." The shipment was sent from Adam Baran with an address of Cieszynska 214, Zabrze, Poland, and had a consignee of **MARTINEZ** at the **SUBJECT PREMISES**. The package was

destined for the **SUBJECT PREMISES**.[1]  Upon inspection, the CBP officer discovered two wax candles—the candles were cut opened, revealing a foil package wrapped in clear tape.  The foil packages were opened, and blister packs labeled "Oxycontin 20mg" were found.  One candle contained 145 pills while the other contained 95 pills, which produced a net weight of 68.7 grams of Oxycontin.[2]

9.   On January 17, 2024, law enforcement reviewed the importation records for **MARTINEZ** and discovered that he has received several suspicious international shipments at the **SUBJECT PREMISES**.  For example, on December 1, 2023, a shipment manifested as "SWIECZKA ZAPACHOWA W SZKLANEJ OPRAWCE" (translated to English as "scented candle in glass frame") arrived in the United States addressed to **MARTINEZ** at the **SUBJECT PREMISES**.  The listed parcel sender was Zuzanna Grabowska with an address of Grabowa 124, Siemianowice Slas, Poland, 41100.  On the same date, two other packages addressed to two different consignees arrived in the United States from the same shipper (Zuzanna Grabowska) using the same address in Poland.  These two packages were inspected by CBP and

---

[1]   The package listed the address as "Ethan Lane 2709." It is typical of European addresses to list the street name first and the number of the building second.

[2]   These pills were later tested using the TruNarc Narcotics Analyzer and tested positive for Oxycodone.

seized after they were found to contain controlled substances. One of the shipments contained Oxycodone, one bottle of Xanax, blister packets of Diazepam, and Zopiclone tablets, while the other shipment contained 2C-B (Phenethylamine) (a psychedelic drug), and blister packs of Xanax, Zopiclone, and Zolpinox.[3]

8. According **MARTINEZ's** importation records, he has also ordered several other shipments from senders located in Poland who have had shipments seized by CBP. For instance, on December 22, 2023, a shipment sent by Marek Sopel from an address in Poland arrived in the United States. The shipment was manifested as a "DECORATIVE PLASTIC PLANT DEDICATED~FOR A TERRARIUM" and listed the consignee as **MARTINEZ** with the **SUBJECT PREMISES** as the address. On December 20, 2023, a shipment also sent by Marek Sopel from an address in Poland was seized by CBP. This shipment was manifested as "DECORATIVE PALSTIC PLANT DEDICATED" and destined for a consignee in New York. CBP officers inspected the shipment and found that it contained Oxycodone tablets, Morphine tablets, and 2 Tapentadol tablets.

---

[3] Separately, law enforcement has seized at least two other packages from Zuzanna Grabowska containing controlled substances. On November 23, 2023, a shipment from Ms. Grabowska was seized by CBP entering the United States after it was found to contain Oxycontin. Almost a month later, another package from Ms. Grabowska was seized by CBP entering the United States after it was found to contain Oxycodone and Xanax.

9. On January 17, 2024, I conducted law enforcement database checks and confirmed that **MARTINEZ** is a resident at the **SUBJECT PREMISES**.

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that **MARTINEZ** is engaged in the unlawful importation of controlled substances, as well as the possession of controlled substances with intent to distribute, and that he is using the **SUBJECT PREMISES** to receive controlled substances being sent to him from outside the country. Therefore, I submit there is probable cause to support the issuance of a warrant to search the **SUBJECT PREMISES**, as described in **Attachment A**, and seize the items described in **Attachment B**.

Respectfully submitted,

RACHEL CATHIE
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on March 22, 2024.

SHON T. ERWIN
United States Magistrate Judge

## ATTACHMENT A
*Property to be Searched*

The property to be searched is located at 2709 Ethan Lane, Moore, OK 73160. The primary location to be searched is further described as a single-story home with a red brick exterior, a garage and carport in front of the residence, with the numbers "2709" displayed on the front lawn by the street, and to include all appurtenances, outbuildings, and vehicles located on the property. The residence is as shown below:



## ATTACHMENT B
*Property to be Seized*

Evidence relating to violations of 21 U.S.C § 952 (importation of controlled substances); 18 U.S.C § 545 (smuggling goods into the United States); 21 U.S.C. § 841(a)(1) (possession with intent to distribute a controlled substance); and 21 U.S.C. § 846 (conspiracy to commit possession with intent to distribute a controlled substance), specifically:

1. Books, records, receipts, notes ledgers and other papers relating to the transportation, ordering, purchase and distribution of controlled substances;

2. Paper, tickets, notes, schedules, receipts and other items relating to domestic and international travel;

3. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, safe deposit box keys and other items evidencing the obtaining, secreting, transfer and/or expenditure of potential drug proceeds;

4. United States Currency, precious metals, jewelry, and financial instruments, including stocks and bonds in amounts indicative of the proceeds of illegal drug trafficking;

5. Photographs, in particular, photographs of co-conspirators, of

1

assets, and/or of controlled substances;

6. Indicia of occupancy, residency and/or ownership of the premises described above including, but not limited to, utility and telephone bills, canceled bills, canceled envelopes, and keys;

7. Firearms, magazines, ammunition, and any records relating to the purchase or transfer of firearms or firearm components;

8. Receipts for items evidencing expenditures in amounts indicative of the proceeds of drug distribution including, but not limited to, clothing, furniture, electronic equipment, weapons, and vehicles;

9. Vehicles used to facilitate the smuggling of illegal drugs and/or vehicles purchased with illegal narcotic proceeds;

10. Cellular phones used as a method of communicating during narcotic trafficking events that often contain co-conspirator's telephone numbers in memory and are often used by large-scale controlled substances traffickers as a tool of the trade; and

11. Computer hardware, software, peripheral devices, documentation, data security devices and electronic storage devices which may contain items described above to the extent such equipment and devices are not otherwise subject to seizure.